# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRASCO, INC.,<br><br>　　　　Petitioner,<br><br>　v.<br><br>AL DAHRA ACX GLOBAL, INC.,<br><br>　　　　Respondent. | Case No. 1:17-mc-00050-SAB<br><br>ORDER REQUIRING RESPONDENT AL DAHRA ACX GLOBAL, INC.'S COUNSEL TO FILE A NOTICE OF APPEARANCE |

On July 19, 2017, Mirasco, Inc. ("Mirasco") filed a motion to compel third party Al Dahra ACX Global, Inc. ("Al Dahra") to comply with a subpoena issued in a civil action which is proceeding in the United States District Court for the Northern District of Georgia. On August 9, 2017, the parties to this discovery dispute filed a joint statement. Although Al Dahra's counsel participated in and signed the joint statement, Al Dahra's counsel has not filed a notice of appearance in this action. Accordingly, IT IS HEREBY ORDERED that Al Dahra's counsel shall file a notice of appearance no later than 5:00 p.m. on August 15, 2017. Mirasco shall serve a copy of this order on Al Dahra no later than 5:00 p.m. on August 14, 2017, and file proof of service with the Court.

IT IS SO ORDERED.

Dated: __August 11, 2017__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1